# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-056-KJD-(PAL) |
| Plaintiff, ) | |
| v. ) | Amended Final Order of Forfeiture |
| CARNEILUS LEVON WILLIAMS, ) | |
| Defendant. ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853 based upon the plea of guilty by defendant Carneilus Levon Williams to the criminal offense, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Carneilus Levon Williams pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 24; Plea Memorandum, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 27.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law on August 20, 2008, August 27, 2008, and September 3, 2008, in the

Las Vegas Review-Journal/Sun and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 28, 2018, through August 26, 2018, notifying all potential third parties of their right to petition the Court. United States Marshal's Return on Publication, ECF No. 29; Notice of Filing Proof of Publication, ECF No. 38.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 39; Notice of Filing Service of Process – Personal Service, ECF No. 40.

On July 3, 2018, the United States Attorney's Office attempted service on Bjana Griffin at 4575 Little Mountain Dr., Apt. 8, San Bernardino, CA 92407 with copies of the Preliminary Order of Forfeiture, the Final Order of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 39.

On July 17, 2018, the United States Attorney's Office attempted service on Bjana Griffin at 11362 Lee Ave., Apt. 616, Adelanto, CA 92301 with copies of the Preliminary Order of Forfeiture, the Final Order of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 39.

On July 27, 2018, the United States Attorney's Office attempted service on Bjana Griffin at 1401 N. Lamb Blvd., Apt. 110, Las Vegas, NV 89110 with copies of the Preliminary Order of Forfeiture, the Final Order of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 39.

On July 5, July 10, and July 11, 2018, the United States Marshals Service attempted personal serve on Bjana Griffin at 1401 N. Lamb Blvd., Apt. 110, Las Vegas, NV 89110 with copies of the Preliminary Order of Forfeiture, the Final Order of Forfeiture, and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 40.

/ / /

Exhibit 5 of the Notice of Filing Service of Process – Mailing (ECF No. 39) and pages 12-13 of the Notice of Filing Service of Process – Personal Service (ECF No. 40) are a Declaration of Special Agent McPeak attesting to the fact that a thorough search for Bjana Griffin has been made by the Federal Bureau of Investigation and it has been unable to locate Ms. Griffin.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n) and 853 and shall be disposed of according to law: a Keltec, model P-11, .9mm, semi-automatic pistol, serial number A5H81 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 3rd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE